

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:       01-12-00370-CV

Trial Court Cause
Number:            1011229

Style:             Sentinel Integrity Solutions, Inc.

                   **v** Mistras Group, Inc., Jody W. Olson & Carey Roberts, Wendell Hartley & Joey Dugard

Date motion filed[*]:   July 23, 2013

Type of motion:    Motion for leave to file post-submission brief

Party filing motion:   Appellant, Sentinel Integrity Solutions, Inc.

Document to be filed:   Post-submission brief

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐   Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
            ☒ Acting individually   ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Bland.

Date: September 26, 2013